# United States Court of Appeals for the Federal Circuit

August 6, 2015

## ERRATA

Appeal No. 2014-1492

**CARNEGIE MELLON UNIVERSITY,**

**v.**

**MARVELL TECHNOLOGY GROUP, LTD., MARVELL SEMICONDUCTOR, INC.,**

Decided:  August 4, 2015
Precedential Opinion

Please make the following change:

On page twenty-nine, first paragraph under heading C, replace the sentence

> And it argues that award improperly includes "foreign chips in the royalty base."

with the following sentence:

> And it argues that the award improperly includes "foreign chips in the royalty base."